# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1783

_____

TIFFANY FRASIER HOGAN, Former
Wife,

     Appellant,

     v.

MATTHEW DAVID HOGAN, Former
Husband,

     Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John "Jay" Gontarek, Judge.

January 26, 2018

PER CURIAM.

     AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Clay B. Adkinson, DeFuniak Springs, for Appellant.

Michael T. Webster, Shalimar, for Appellee.